**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **RAJU NEAPOLLIOUN** | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.: 2:26-cv-00081-TBM-RPM |
| **FORREST COUNTY, MISSISSIPPI; KELBY LEWIS; OMEN MOORE** | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT FOREST COUNTY, MISSISSIPPI'S MOTION FOR JUDGMENT ON THE PLEADINGS**

**COMES NOW,** the Plaintiff in the above numbered and styled cause, by and through counsel, and responds to Defendant Forrest County, Mississippi's (Defendant "County" or "Forrest County") motion for judgment on the pleadings. (Doc No. 16), as follows, to wit:

1.

The Plaintiff admits the material allegations as asserted in paragraph 1. of the Defendant's *Motion* (Doc No. 16).

2.

The material allegations as asserted in paragraph 2. of the Defendant's *Motion* (Doc No. 16) represent a legal conclusion which the Plaintiff is not required to admit or deny. Notwithstanding the same, Plaintiff states that the Complaint speaks for itself.

3.

The Plaintiff denies the material allegations as asserted in paragraph 3. of the Defendant's *Motion* (Doc No. 16).

4.

The Plaintiff would show that the Defendant's *Motion* (Doc No. 16) should be denied as set forth in the *Memorandum in Opposition to Defendant Forrest County, Mississippi's for Judgment on the Pleadings* filed contemporaneously with this *Response* (initially filed as Doc. No.21).

Respectfully submitted,

*/s/ Joseph T. Frate*

Joseph T. Frate*
Jordyn A. Parks*
**DICELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
Tel.: 440-953-8888
jfrate@dicellolevitt.com
jparks@dicellolevitt.com

Chandler Rogers (MS Bar No. 102543)
**ROGERS LAW GROUP P.A.**
Post Office Box 1771
201 East Bankhead Street
New Albany, Mississippi 38652
(662) 538-5990
chandler@rogersgroup.com

***Counsel for Plaintiff***

**Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will provide copies to the Court's designated recipients.

Respectfully submitted,

*/s/ Joseph T. Frate*
Joseph T. Frate
**DICELLO LEVITT LLP**

***Counsel for Plaintiff***